**Order entered April 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00930-CR

**KEITH DWAYNE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-00221-J**

## ORDER

The Court **REINSTATES** the appeal.

On December 18, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have not received the findings, but on April 1, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the December 18, 2012 order requiring findings.

We **GRANT** the April 1, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/  DAVID EVANS
    JUSTICE